BEFORE THE THIRD DIVISION, JANUARY 4, 1950

**No. 53863.**—Franam Corp. et al. *v.* United States, protests 136716–K, etc. (New York).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53864.**—The Babs Shop et al. *v.* United States, protests 65347–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53865.**—Transcontinental & Western Air, Inc. *v.* United States, protest 146632–K (New York).

Opinion by JOHNSON, J.   In lieu of "outward evidence," a manufacturer's affidavit from the Scintilla Magneto Division, Bendix Aviation Corp., was presented stating that the magnetos were manufactured in the United States and that no drawback had been collected or claimed.   The affidavit was not considered sufficient for the reason that drawback upon such items had at one time been collected, and the importer was unable to produce a proper certificate of outward manifest.   At the trial an additional memorandum by the collector was offered in evidence, wherein he acknowledged that the information contained in a letter of the manufacturer of the magnetos, received subsequent to the filing of the protest, was sufficient to indicate that no drawback had been paid, and that his office was satisfied that the merchandise was entitled to free entry.   In view of the evidence presented and of the collector's acknowledgment that there had been a compliance or waiver under sections 10.1–10.3, Customs Regulations of 1943, the claim of the plaintiff was sustained.

**No. 53866.**—Alabama Alcoholic Beverage Control Board *v.* United States, protest 132453–K (Mobile).

Opinion by JOHNSON, J.   An examination of the record failing to disclose evidence sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.

**No. 53867.**—Lep Transport, Inc. *v.* United States, protest 147777–K (New York).

Opinion by JOHNSON, J.   Government counsel moved to dismiss the protest upon the ground that it was filed more than 60 days after liquidation.   From an examination of the papers it was held that the motion of Government counsel was well founded.   The protest was therefore dismissed.